

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| William Eggemeyer, Diane Eggemeyer, Bo Eggemeyer, and Sharyland Distribution & Transmission Services, LLC., | § | No. 08-19-00002-CV |
|  | § | Appeal from the |
| Appellant, | § | 112th District Court |
| v. | § | of Reagan County, Texas |
| Charles Jackson Hughes, | § | (TC# 1855) |
| Appellee. | § |  |

## **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **December 23, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jonathan J. Cunningham, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before December 23, 2019.

IT IS SO ORDERED this 18th day of December, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.